THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Albert Ashby, Appellant.
 
 
 
 
 

Appeal from Orangeburg County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-106
 Submitted January 4, 2010  Filed February
8, 2010    

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin
 Aplin, of Columbia, for Respondent. 
 
 
 

PER CURIAM:  Albert
 Ashby appeals the revocation of his probation, arguing the circuit court erred
 in failing to make a finding that his probation violations were willful.  We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:   State v.
 Bryant, 383 S.C. 410, 418, 680 S.E.2d
 11, 15 (Ct. App. 2009) (holding the failure to raise the issue of willfulness
 at a probation revocation hearing renders the issue not preserved for appellate
 review); State v. Hamilton, 333 S.C. 642, 649, 511 S.E.2d 94, 97 (Ct.
 App. 1999) (holding no finding of willfulness is necessary where conditions of
 probation other than failure to pay were violated); State v. Allen, 370
 S.C. 88, 102, 634 S.E.2d 653, 660 (2006) (when the trial court's
 revocation decision is upheld on one ground, it ordinarily is immaterial
 whether probation was properly revoked on other grounds unless the entire
 proceeding was tainted by a given error).
AFFIRMED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.